IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHVILLE DIVISION
Case No. 1:25-CV- 181

| | |
|---|---|
| JACKSON TYLER GRANT,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHEASTERN FREIGHT LINES, INC. AND JIMMY DEAN ANGEL,<br><br>Defendants. | **DEFENDANTS' NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Southeastern Freight Lines, Inc. ("**SEFL**") and Jimmy Dean Angel ("**Angel**"), by and through undersigned counsel, remove the above-captioned action from the North Carolina General Court of Justice, Superior Court Division, Buncombe County, North Carolina, the court in which the case is currently pending, to the United States District Court for the Western District of North Carolina. This Court has jurisdiction based on complete diversity of citizenship. In support thereof, Defendants state as follows:

1. On May 8, 2025, Jackson Tyler Grant ("**Plaintiff**") filed the instant action in the North Carolina General Court of Justice, Superior Court Division, Buncombe County, North Carolina. A copy of the pleadings filed in state court are attached as **Exhibit A-D**.

2. Plaintiff served a copy of the Complaint and Summons on the registered agent for SEFL on May 23, 2025. Plaintiff has not served Angel.

3. Plaintiff alleges that he is a citizen and resident of Haywood County, North Carolina. (*Compl.* ¶ 1).

4. Plaintiff correctly alleges that SEFL is a corporation incorporated in the State of South Carolina. (*Compl.* ¶ 2).

5. Plaintiff incorrectly alleges that Angel is a resident of Buncombe County, North Carolina (*Compl.* ¶ 3). Angel is actually a citizen and resident of South Carolina. *See* **Exhibit E**, Declaration of Jimmy Dean Angel.

6. Upon information and belief, the amount in controversy in this action exceeds $75,000.

7. For purposes of removal of this action from state court, this is an action in which the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states, in that Plaintiff is a citizen of North Carolina and Defendants are citizens of South Carolina.

8. Thus, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), and this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

9. This notice is filed within 30 days after SEFL was served with the Summons and Complaint.

10. This notice is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendants respectfully request that the above-captioned action now pending in Buncombe County Superior Court be removed to this Court, and that further proceedings in this action be conducted in this Court, as provided by law.

This the 17th day of June, 2025.

        **PARKER POE ADAMS & BERNSTEIN LLP**

By: /s/ Kevin L. Chignell
    Kevin L. Chignell
    NC State Bar No. 21978
    Jon C. McLamb
    NC State Bar No. 58289
    301 Fayetteville Street, Suite 1400
    Post Office Box 389 (27602-0389)
    Raleigh, North Carolina 27601
    Tel.: (919) 828-0564
    Fax: (919) 834-4564
    kevinchignell@parkerpoe.com
    jonmclamb@parkerpoe.com

*Counsel for Defendant Southeastern Freight Lines, Inc. and Jimmy Dean Angel*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served **DEFENDANTS' NOTICE OF REMOVAL** in the above-entitled action on the parties to this cause listed below by depositing the original and/or copy himself, postage pre-paid, in the United States mail, addressed as follows:

> Adam R. Melrose
> Melrose Law, PLLC
> Post Office Box 567
> Waynesville, North Carolina 28786
> *Attorneys for Plaintiff*

This the 17th day of June, 2025.

**PARKER POE ADAMS & BERNSTEIN LLP**

By: /s/ Kevin L. Chignell
Kevin L. Chignell
NC State Bar No. 21978
Jon C. McLamb
NC State Bar No. 58289
301 Fayetteville Street, Suite 1400
Post Office Box 389 (27602-0389)
Raleigh, North Carolina 27601
Tel.: (919) 828-0564
Fax: (919) 834-4564
kevinchignell@parkerpoe.com
jonmclamb@parkerpoe.com

*Counsel for Defendant Southeastern Freight Lines, Inc. and Jimmy Dean Angel*